# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JENNIFER STOVER, as Special Administrator for the Estate of Victor Stover;** | **4:20CV3093** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY,** | |
| **Defendant.** | |

This matter comes before the Court following a review of the status report (Filing No. 24) filed by the defendant,

**IT IS ORDERED:**

1. On or before **July 15, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of June, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge